ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

NIBULON S.A.,                                    :
                                                 :    08 CV 4767 (VM)
                    Plaintiff,                   :
                                                 :
    - against -                                  :
                                                 :    ┌─────────────────────────────┐
SAN SHIPPING and GLAN a/k/a GLAN SHPK or GLAN :  │ **USDC SDNY**                │
SH. P.K. or GLAN SHOQERI ME PERGJEGJESI          :    │ **DOCUMENT**                 │
TE KUFIZUAR,                                     :    │ **ELECTRONICALLY FILED**     │
                                                 :    │ **DOC #:** _____   │
                    Defendants.                  :    │ **DATE FILED:** _5/27/08_    │
                                                 :    └─────────────────────────────┘
-------------------------------------------------------------X

## ORDER TO UNSEAL CASE

This Court ordered on May 21, 2008, pursuant to Plaintiff's motion that this case be

temporarily sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically

on the Court's ECF system.

Dated: New York, NY
       May 23, 2008

                                        SO ORDERED

                                        Hon. Victor Marrero
                                        United States District Judge