ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NIBULON S.A.,                                                 :

                Plaintiff,                              :         08 CV 4767 (VM)

    - against -                                               :

SAN SHIPPING and GLAN a/k/a GLAN SHPK or GLAN    :
SH. P.K. or GLAN SHOQERI ME PERGJEGJESI          :
TE KUFIZUAR,                                     :

                Defendants.                             :
-------------------------------------------------------------------X

U.S. DISTRICT COURT
FILED
MAY 27 2008
S.D. OF N.Y.

### NOTICE OF VOLUNTARY DISMISSAL

      Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: May 23, 2007
       Southport, CT

                        The Plaintiff,
                        NIBULON S.A.

                    By:_____
                        Nancy R. Peterson (NP 2871)
                        LENNON, MURPHY & LENNON, LLC
                        420 Lexington Ave., Suite 300
                        New York, NY 10170
                        Phone (212) 490-6050
                        Fax (212) 490-6070
                        nrp@lenmur.com

MICROFILMED
MAY 27 2008 —3 00 PM

**SO ORDERED.** The Clerk of Court is directed to withdraw any pending motions in this action and to close this case.

**SO ORDERED.**
5-23-08
Date        Victor Marrero, U.S.D.J.