JUDGE MARRERO

08 CV 4767

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NIBULON S.A.,

       Plaintiff,

- against -

SAN SHIPPING and GLAN a/k/a GLAN SHPK or GLAN
SH. P.K. or GLAN SHOQERI ME PERGJEGJESI
TE KUFIZUAR,

       Defendants.
-----------------------------------------------------------------X

08 CV _____

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: May 21, 2008
   New York, NY

        The Plaintiff,
        NIBULON S.A.

        By: _/s/ Kevin J. Lennon_
        Kevin J. Lennon
        Patrick F. Lennon
        Nancy R. Peterson
        LENNON, MURPHY & LENNON, LLC
        The Gray Bar Building
        420 Lexington Ave., Suite 300
        New York, NY 10170
        (212) 490-6050
        facsimile (212) 490-6070
        kjl@lenmur.com
        pfl@lenmur.com
        nrp@lenmur.com